UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIUS HOLMES,<br>*Plaintiff* | CIVIL ACTION<br>NO. 22-2207 |
| VERSUS | SECTION: "G" (1) |
| SAFEGUARD STORAGE PROPERTIES, LLC, ET AL.<br>*Defendants* | JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**ORDER**

The settlement conference scheduled for **Thursday, November 2, 2023, at 2:00 p.m.**, before Magistrate Judge Janis van Meerveld, shall be conducted entirely via VIDEO CONFERENCE.  A Zoom for Government link will be circulated to counsel of record via email. Counsel are to share that link with any necessary participating parties. Everyone should join the link about ten minutes ahead of the start time and wait to be admitted by the judge.

New Orleans, Louisiana, this 27th day of October, 2023.

_____
Janis van Meerveld
United States Magistrate Judge