UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIUS HOLMES, *Plaintiff* | * * * | CIVIL ACTION NO. 22-2207 |
| VERSUS | * * | SECTION: "G" (1) |
| SAFEGUARD STORAGE PROPERTIES, ET AL., *Defendants* | * * * * | JUDGE NANNETTE JOLIVETTE BROWN  MAGISTRATE JUDGE JANIS VAN MEERVELD |

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

At the request of the parties,

**IT IS ORDERED** that the settlement conference currently scheduled for November 8, 2023, at 2:00 p.m., is **RESCHEDULED** for **Monday, November 13, 2023, at 2:00 p.m.** This conference shall take place **VIA VIDEO CONFERENCE** before Magistrate Judge Janis van Meerveld. The parties shall use the Zoom for Government link previously circulated to counsel of record via email. Counsel are to share that link with any necessary participating parties. Everyone should join the link about ten minutes ahead of the start time and wait to be admitted by the judge.

The Court has received settlement memoranda, and no further submissions are required.

New Orleans, Louisiana, this 8th day of November, 2023.

_____
Janis van Meerveld
United States Magistrate Judge